IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:05-CV-362-FL (3)

| | | |
|---|---|---|
| JOHNNY M. BAGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION OF VOLUNTARY |
| v. | ) | DISMISSAL WITH PREJUDICE |
| | ) | |
| VECELLIO & GROGAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Johnny M. Bagley, by and through his undersigned counsel, and Defendant, Vecellio & Grogan, Inc., by and through its undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

This the 19th day of June, 2006.

| | |
|---|---|
|   /s/ Candice S. Wooten   |   /s/ Angela Gray   |
|   /s/ Charles P. Roberts, III   | Angela Newell Gray |
| Candice S. Wooten | Gray Newell, LLP |
| Chuck P. Roberts, III | 8 West Third Street, Suite 100A |
| Constangy, Brooks & Smith, LLC | Winston-Salem, North Carolina 27101 |
| 100 N. Cherry Street, Suite 300 | Telephone: (336) 724-0330 |
| Winston-Salem, North Carolina 27101 | COUNSEL FOR PLAINTIFF |
| Telephone: (336) 721-1001 | attyangray@aol.com |
| COUNSEL FOR DEFENDANT | |
| croberts@constangy.com | |
| cwooten@constangy.com | |